■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARROLL SMITH, Appellant. [878 NYS2d 926]—Judgment, Supreme Court, New York County (Richard D. Carruthers, J.), rendered on or about March 5, 2008, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Saxe, Nardelli, Renwick and Freedman, JJ.